## CUTLER ARNOLD, RESPONDENT, v. GEORGE VAN BRUNT, APPPELLANT.

JURISDICTION—DISTRICT COURT.—Where the principal sum sued for is less than $200, the District Court has no jurisdiction.

APPEAL from the Tenth Judicial District.

This was a suit for the principal and interest of a promissory note. The principal was $107, and the interest $170, making $277, for which amount judgment was rendered, and defendant appealed.

*Stephen J. Field,* for Appellant.

Mr. Justice HEYDENFELDT delivered the opinion of the Court. Mr. Ch. J. MURRAY concurred.

To give the District Court jurisdiction, the amount sued for must be not less than $200, exclusive of interest. (See Constitution.)

The judgment is reversed.